# Exhibit 1

6/5/24, 9:41 AM · Akamai Office Locations | Addresses and Contact Information ...

Case 6:24-cv-00256-DAE · Document 72 · Filed 06/06/24 · Page 2 of 29

Akamai announces intent to acquire Noname Security, extending comprehensive API protection for customers across all environments. Read more



🔍

# Locations

History    Leadership    Facts & Figures    Awards    **Locations**

Investor Relations ↗    Ethics & Compliance    Environmental, Social & Governance

More    In this section

## Filter by



## Cambridge, MA USA

**Sales contact:**

+1-8774252624  U.S. Only

**General contact:**

+1-8774252624  U.S. Only

+1-6174443000

Hey there 👋 Have any questions? We have humans available to chat now!



145 Broadway
Cambridge, MA 02142

**Driving directions**



## Brazil - São Paulo

### Sales contact:

+551150902500

Avenida Roque Petroni Junior 850, 10º Andar
Torre Bacaetava
CEP 04707-000
São Paulo - SP
Brazil

**Driving directions**



## Canada - Ottawa

### General contact:

+1-6136708400

343 Preston Street
Suite 420
Ottawa, Ontario
K1S 1N4

**Driving directions**



## Canada - Toronto

### Sales contact:

+1-8774252624   U.S. Only

### General contact:

+1-8773252624   U.S. Only

+1-6174443000

Waterpark Place
88 Queens Quay West
Suite 2500
Toronto, ON M5J 0B8

**Driving directions**



## Costa Rica - San Jose

**Sales contact:**

+506-41008180

Roble Corporate Center. Akamai Office. Floor 7
Connected to Hotel Intercontinental Escazu
Guachipelin - Escazu
San Jose, Costa Rica 10201

**Driving directions**



## Dallas, TX USA

**Sales contact:**

+1-8774252624   U.S. Only

**General contact:**

+1-8774252624   U.S. Only

+1-6174443000

511 East John Carpenter Freeway
Suite 500
Irving, TX 75062

**Driving directions**



## Fort Lauderdale, FL USA

**Sales contact:**

+1-8774252624  U.S. Only

**General contact:**

+1-8774252624  U.S. Only

+1-6174443000

200 East Las Olas Boulevard
Suite 900
Fort Lauderdale, FL 33301

**Driving directions**



## Montreal - Canada

**Sales contact:**

+1-8774252624  U.S. Only

**General contact:**

+1-8773252624  U.S. Only

+1-6174443000

5455 de Gaspe Avenue
Suite 729
Montréal, Quebec H2T 3B3

**Driving directions**



## New York, NY USA

**Sales contact:**

+1-8774252624  U.S. Only

**General contact:**

+1-8774252624  U.S. Only

+1-6174443000

1460 Broadway,
14th Floor,
New York, NY 10036

**Driving directions**



## Philadelphia, PA USA

**Sales contact:**

+1-8774252624  U.S. Only

**General contact:**

+1-8773252624  U.S. Only

+1-6174443000

6/5/24, 9:41 AM
Akamai Office Locations: Addresses and contact information
Case 6:24-cv-00256-DAE Document 72-2 Filed 06/06/24 Page 8 of 29

249 Arch Street
Philadelphia, PA 19106

**Driving directions**



## Portland, OR USA

### Sales contact:

+1-8774252624  U.S. Only

### General contact:

+1-8774252624  U.S. Only

+1-6174443000

811 SW 6th Avenue
Suite 1000
Portland, OR 97204

**Driving directions**



## Reston, VA USA

### Sales contact:

+1-8774252624  U.S. Only

**General contact:**

+1-8774252624  U.S. Only

+1-6174443000

11111 Sunset Hills Rd
Suite 250
Reston, VA 20190

**Driving directions**



## San Francisco, CA USA

**Sales contact:**

+1-8774252624  U.S. Only

**General contact:**

+1-8774252624  U.S. Only

+1-6174443000

415 Mission Street
37th Floor
San Francisco, CA 94105

**Driving directions**



# San Jose, CA USA

**Sales contact:**

+1-8774252624  U.S. Only

**General contact:**

+1-8774252624  U.S. Only

+1-6174443000

2150 N First St, Suite 150, San Jose, CA 95131

**Driving directions**



# Westford, MA USA

**General contact:**

+1-9783038100

5 Technology Park Drive
Westford, MA 01886

**Driving directions**



# Asia Pacific Headquarters

**Sales contact:**

[+65-65938717](tel:+65-65938717)

1 Raffles Place
#17-61 One Raffles Place Tower 2
Singapore 048616

**Driving directions**



# Australia - North Sydney

**Sales contact:**

[+61-290089630](tel:+61-290089630)

76 Berry St
Level 7
North Sydney 2060

**Driving directions**



# China - Beijing

**Sales contact:**

+86-4006091609

Fortune Financial Center, 45F
No.5 Middle Dongsanhuan Road
Chaoyang District
Beijing, China

**Driving directions**



## China - Shanghai

**Sales contact:**

+86-4006091609

Room 2031, Floor 20, Block 2, No.288, Shimen 1st Road, Jing'an District, Shanghai, P.R.
China

**Driving directions**



## China - Shenzhen

**Sales contact:**

+86-4006091609

Unit 7-8, 3rd Floor, Kerry Construction Plaza,
No.1 Zhongxin Fourth Road,
Futian District,
Shenzhen, P.R. China

**Driving directions**



## Hong Kong SAR of China

**General contact:**

+852-22718518

800-930174   In-country

Suites 3908-11, Tower 2,
Times Square, 1 Matheson Street,
Causeway Bay, Hong Kong

**Driving directions**



## India - Bengaluru

**Sales contact:**

+91-8046859373

Akamai Office Locations - Addresses and Contact Information | Akamai

**General contact:**

+91-8046001000

Embassy Golf Links Business Park
Ground Floor, Augusta Building
Off Intermediate Ring Road
Bengaluru - 560071

**Driving directions**



## India - Gurgaon

**Sales contact:**

+91-8066329373

DLF Forum DLF Cybercity,
Phase III,
Gurgaon 122002

**Driving directions**



## India - Mumbai

**Sales contact:**

+91-8066329373

**General contact:**

+91-2249054200

Level 7, The Capital,
Plot C- 70, G Block,
Bandra Kurla Complex (East),
Mumbai 400 051

**Driving directions**



## Indonesia - Jakarta

**Sales contact:**

007-803-011-5085

PT. Akamai Teknologi Indonesia
Gedung Satrio Tower Lantai 26 Unit C-D
Jl. Prof. Dr. Satrio Kav. C4,
Kel. Kuningan Timur Kec. Setiabudi
Kota Adm. Jakarta Selatan 12950

**Driving directions**



## Japan - Fukuoka

**Sales contact:**

+81368979450

**General contact:**

+81368979450

5F Aqua Hakata, 5-3-8, Nakasu
Hakata-ku, Fukuoka
Fukuoka 810 0801

**Driving directions**



## Japan - Nagoya

**Sales contact:**

+81368979450

**General contact:**

+81368979450

9F Dai-3 Horiuchi Building
4-6-23 Meieki
Nakamura-ku, Nagoya
Aichi 450 0002

**Driving directions**



## Japan - Osaka

**Sales contact:**

+81368979450

**General contact:**

+81368979450

16F Hankyu Terminal Building, 1-1-4, Shibata
Kita-ku, Osaka
Osaka 530 0012

**Driving directions**

## Japan – Tokyo

**Sales contact:**

+81368979450

**General contact:**

+815018076361

Yaesu Central Tower, Tokyo Midtown Yaesu
2-2-1 Yaesu, Chuo ku
Tokyo 104 0028

**Driving directions**



## Korea – Seoul

**Sales contact:**

+82-221937200

21F Meritz Tower 382 Gangnam-daero
Gangnam gu
Seoul 135 934

**Driving directions**



## Malaysia - Petaling Jaya

**Sales contact:**

+60 37 651 7333

Akamai Malaysia
Level 15
1 First Avenue
2A, Dataran Bandar Utama
47800 Petaling Jaya
Selangor

**Driving directions**



## Taipei City

**Sales contact:**

+886 255941433

**General contact:**

+886 255941433

Nanshan Financial Centre
Level 34
100 Songren Road
Xinyi District
Taipei 110

**Driving directions**



## Czech Republic – Prague

**Sales contact:**

+55-00420800142003

**General contact:**

+55-00420800142003

Akamai Technologies s.r.o.
Karla Englišě 3201/6,
150 00 Prague 5, CZ

**Driving directions**



## Denmark – Copenhagen

### Sales contact:

+45-32701000

### General contact:

+45-32701000

Kampmannsgade 2,
Copenhagen, 1604,
Denmark

**Driving directions**



## Dublin - Ireland

100 Mount Street Lower
1st, 2nd, 3rd and 4th Floors
Dublin 2 D02 TY46

**Driving directions**



## France - Paris

### Sales contact:

+33-156697240

### General contact:

+33-156696200

40-44 rue Washington
75008 Paris

**Driving directions**



## Germany - Garching

### Sales contact:

+49-8994006308

**General contact:**

+49-89940060

Parkring 22
D-85748 Garching bei München

**Driving directions**



## International Headquarters Switzerland - Zug

**Sales contact:**

+41-415610741

Akamai Technologies International AG
Grafenauweg 8
Zug CH-6300
Switzerland

**Driving directions**



## Israel - Tel Aviv

**Sales contact:**

+972-733910440

**General contact:**

+972-732858700

8 Totseret HaArets St.
Tel Aviv 6744130
Israel

**Driving directions**



## Israel - Tel Aviv

**Sales contact:**

+972-733910440

**General contact:**

+972-732858700

Rubinstein Tower – 25th floor
20 Lincoln street
Tel Aviv

**Driving directions**



## Italy – Milan

**General contact:**

+39-0200621440

Via Dante, 7,
20123 Milano MI

**Driving directions**



## Netherlands – Amsterdam

**Sales contact:**

+31-207995440

**General contact:**

+31-207995400

Grote Bickersstraat 74-78
1013 KS Amsterdam

**Driving directions**



## Poland – Kraków

**Sales contact:**

+48-123847740

**General contact:**

+48-123847000

Centrum Biurowe Vinci
ul. Opolska 100
31 323 Kraków

**Driving directions**



## Spain – Madrid

**Sales contact:**

+34-917933243

**General contact:**

+34-917-933200

Paseo de la Castellana 91, 3rd floor
28046 Madrid, Spain

**Driving directions**



## Sweden – Solna

**Sales contact:**

+46-850507974

**General contact:**

+46-850507900

Akamai Technologies AB
Hemvärnsgatan 9
171 54 Solna, Sweden

**Driving directions**



## United Arab Emirates – Dubai

**General contact:**

+800-011-6715

Akamai Technologies Limited Dubai Branch
Arenco Tower
Al Safouh 2
Unit No. 1704, 17th Floor
Makani No. 1428776320
PO Box 74597
Dubai
United Arab Emirates

**Driving directions**



## United Kingdom - London

**Sales contact:**

+44-1784225531

**General contact:**

+44-1784225400

7 Air St, 2nd Floor
Soho, London W1B 5AD

**Driving directions**



## United Kingdom – Scotland

4-5 Lochside Way, Suite 81
Edinburgh Park, Edinburgh EH 12 9DT

**Driving directions**

**PRODUCTS**

Cloud Computing

Security

Content Delivery

All products and trials

Global Services

**COMPANY**

About Us

History

Leadership

Facts and Figures

Awards

Board of Directors

Investor Relations

Environmental, Social, and Governance

Ethics

Locations

**CAREERS**

Careers

Working at Akamai

Students and Recent Grads

Workplace Diversity

Search Jobs

Culture Blog

**NEWSROOM**

Newsroom

Press Releases

In the News

Media Resources

**LEGAL & COMPLIANCE**

Legal

Information Security Compliance

Privacy Trust Center

Cookie Settings

EU Digital Services Act (DSA)

**GLOSSARY**

What Is Zero Trust?

What Is a CDN?

What Is Cloud Computing?

What Is Cybersecurity?

What Is a DDoS attack?

Case 6:24-cv-00256-DAE Document 7-2 Filed 06/06/24 Page 29 of 29
Akamai Office Locations - Addresses and Contact Information | Akamai

   

EMEA Legal Notice    Service Status    Contact Us          EN    ©2024 Akamai Technologies