UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WEBSOCK GLOBAL STRATEGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AKAMAI TECHNOLOGIES, INC.,<br><br>    Defendant. | Civil Action No.: 6:24-cv-00256-DAE<br><br>JURY TRIAL DEMANDED |

### [PROPOSED] ORDER GRANTING DEFENDANT AKAMAI TECHNOLOGIES, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE AND FAILURE TO STATE A CLAIM

After considering all documents and evidence related to Defendant's Motion to Dismiss, any argument of counsel, any evidence presented at hearing, and the entire file in this action, the Court **GRANTS** defendant's motion to dismiss for improper venue.  The Court also **GRANTS** defendant's motion to dismiss for failure to state a claim.  Therefore, the Court hereby **DISMISSES** the case in its entirety.  The Clerk of Court **SHALL CLOSE** the instant action.

    **IT IS SO ORDERED.**


Dated:_____

                                                                          _____
                                                                          HON. DAVID A. EZRA
                                                                          UNITED STATES DISTRICT JUDGE