UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WEBSOCK GLOBAL STRATEGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AKAMAI TECHNOLOGIES, INC.,<br><br>    Defendant. | Civil Action No.: 6:24-cv-00256-DAE<br><br>JURY TRIAL DEMANDED |

**DEFENDANT AKAMAI TECHNOLOGIES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Akamai Technologies, Inc. states as follows:

1. Akamai Technologies, Inc. is a publicly held Delaware corporation.

2. Akamai Technologies, Inc. has no parent corporation.

3. Vanguard Group, Inc. owns more than 10% of Akamai Technology, Inc. stock.  No other publicly held corporation owns 10% or more of Akamai Technologies, Inc.

DATED: June 6, 2024                          Respectfully submitted,


By:  /s/ *James L. Day*
James L. Day
California State Bar No. 197158 (*admitted*)
FARELLA BRAUN + MARTEL LLP
One Bush Street, 9th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Fax:  (415) 954-4480
jday@fbm.com

Attorneys for Defendant
AKAMAI TECHNOLOGIES, INC.

1

2

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on this 6th day of June, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                  */s/ James L. Day*
                                                    James L. Day