### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| **WebSock Global Strategies LLC,** | Case No. 6:24-cv-00256-DAE |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Akamai Technologies, Inc.,** | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: June 10, 2024                     Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**WebSock Global Strategies LLC**

1

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on June 10, 2024 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff